IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUNSBURRY,

    Plaintiff,

v.

BARNHART,

    Defendant.

No. C 02-03956 JSW

**ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, the motion for attorneys' fees filed by Plaintiff Beatriz Lounsburry is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation. The hearing date noticed for September 29, 2006 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: July 26, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom