```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, SBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7260
       Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEATRIZ V. LOUNSBURRY, ) | |
| ) Plaintiff, ) | CIVIL NO. 02-03956 MMC (JL) |
| ) v. ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER VACATING HEARING |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | Hearing: October 4, 2006 |
| ) | Time 9:30 a.m. (Courtroom F, 15th Floor) |
| Defendant. ) | |

This action is a motion by Plaintiff for attorneys' fees pursuant to the Equal Access to Justice Act (EAJA). The parties have agreed that the hearing scheduled for October 4, 2006 should be vacated in

///
///
///
///
///
///
///
///
///

1

1 | order to give them further time to discuss settlement.

Respectfully submitted,

Dated: September 8, 2006            /s/
                                    KELLY M. DUNN


                                    KEVIN V. RYAN
                                    United States Attorney


Dated: September 11, 2006    By:    /s/
                                    SARA WINSLOW
                                    Assistant United States Attorney


[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated: September 14, 2006

IT IS SO ORDERED
Judge James Larson

JAMES LARSON
United States Magistrate Judge

LOUNSBURRY STIP & ORD VACATING HEARING
C 02-03956 MMC (JL)                     2