**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEATRIZ V. LOUNSBURRY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

No. C 02-03956 JSW

**AMENDED JUDGMENT UPON REMAND**

    Pursuant to the Ninth Circuit's reversal of this Court's order granting of Defendant's motion for summary judgment and denying Plaintiff Beatriz V. Lounsburry's ("Lounsburry") cross-motion for summary judgment, the Court HEREBY AMENDS the prior judgment in the above-captioned matter in favor of Defendant. The Clerk is directed to enter judgment in favor of Lounsburry. The Commissioner of Social Security shall assume jurisdiction over this matter pay benefits to Lounsburry.

    **IT IS SO ORDERED.**

Dated: December 7, 2007

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE